JS-6

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BARAKA CORPORATION, an Illinois corporation; BARAKAT, INC., a Virginia corporation; and DILSHOD PULATOV, an individual,<br><br>Defendants. | Case No. 8:24-cv-01635-HDV-MAA<br><br>[Assigned to the Hon. Hernán D. Vera]<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Complaint Filed:    July 25, 2024<br>First Amended<br>Complaint Filed:    August 21, 2024<br>Trial Date:         None |

# [~~PROPOSED~~] JUDGMENT

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital Corporation's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Baraka Corporation, an Illinois corporation ("Baraka"), Barakat, Inc., a Virginia corporation ("BI"), and Dilshod Pulatov, an individual ("Pulatov") (collectively with Baraka and BI, "Defendants"), jointly and severally, in the total amount of **$141,282.57**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $124,978.35, on the Equipment Financing Agreement 284485-001 (the "EFA");

    b. Attorneys' fees in the amount of $6,099.56 on the EFA;

    c. Prejudgment interest in the amount of $8,970.88, at the statutory rate of ten percent (10%) per annum, from May 14, 2024 (the date of breach), to January 30, 2025 (the hearing date noticed on the Default Motion), on the EFA; and

    d. Costs in the amount of $1,233.78.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: 5/14/25

_____
JUDGE OF THE US DISTRICT COURT